### 4587.   BARRETT *v.* THE STATE.

RUSSELL, J. There was not sufficient evidence of the corpus delicti to authorize the conviction of the accused, and no evidence to rebut the presumption that the burning was accidental; nor is there any evidence that the defendant was connected with the burning. The verdict of guilty was therefore unauthorized by law. *Matthews* v. *State*, 10 *Ga. App.* 302 (73 S. E. 404), and citations; *Bines* v. *State*, 118 *Ga.* 320 (45 S. E. 376, 68 L. R. A. 33), and citations.      *Judgment reversed.*

DECIDED MARCH 18, 1913.

Indictment for arson; from Whitfield superior court—Judge Fite. December 20, 1912.

*W. E. Mann*, for plaintiff in error.

*Sam P. Maddox, solicitor-general*, contra.